PROB 12C-SUM
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Person Under Supervision

**Name:** Karissa Jean Mason  **Case Number:** 2:19-cr-00203-RSM-9
**Name of Judicial Officer:** The Honorable Ricardo S. Martinez, United States District Judge
**Date of Original Sentence:** 03/12/2021  **Date of Report:** 02/02/2024
**Original Offense:** Conspiracy to Distribute Controlled Substances
**Original Sentence:** 28 months' custody and 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 12/03/2021
  **Date Supervision Expires:** 12/02/2024
**Assistant United States Attorney:** C. Andrew Colasurdo  **Defense Attorney:** Jeffrey L. Kradel
**Special Conditions Imposed:**

☒ Substance Abuse   ☐ Financial Disclosure   ☐ Restitution:
☒ Mental Health    ☐ Fine           ☐ Community Service
☒ Other: Alcohol abstinence; submit to search; participate in Moral Reconation Therapy

**PETITIONING THE COURT**

☐ To issue a warrant under seal
☒ To issue a summons

I allege Karissa Jean Mason has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Using methamphetamine, in violation of a special condition of supervised release, on or about the following dates:<br>• October 26, 2023<br>• November 8, 2023<br>• November 22, 2023<br>• December 7, 2023<br>• December 27, 2023<br>• January 9, 2024 |
| 2. | Using fentanyl, in violation of a special condition of supervised release, on or about the following dates:<br>• October 26, 2023<br>• November 8, 2023<br>• November 22, 2023<br>• December 7, 2023<br>• December 27, 2023<br>• January 9, 2024 |
| 3. | Using alcohol, in violation of a special condition of supervised release, on or about January 9, 2024. |

I incorporate by reference the information contained in the attached memorandum.

The Honorable Ricardo S. Martinez, United States District Judge  Page 2
Petition for Warrant or Summons for Person Under Supervision  February 2, 2024

United States Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
  ☐ risk of flight.
  ☒ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 2nd day of February, 2024.

BY:

_____
Christina Lacy
Senior United States Probation Officer

_____
Jennifer Van Flandern
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☒ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Signature of Judicial Officer

February 2, 2024
                    Date