PROB 12C-SUP
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Supplemental Violation

**Name:** Karissa Jean Mason  **Case Number:** 2:19-cr-00203-RSM-9
**Name of Judicial Officer:** The Honorable Ricardo S. Martinez, United States District Judge
**Date of Original Sentence:** 03/12/2021  **Date of Report:** 03/25/2024
**Original Offense:** Conspiracy to Distribute Controlled Substances
**Original Sentence:** 28 months' custody and 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 12/03/2021
**Assistant United States Attorney:** C. Andrew Colasurdo  **Defense Attorney:** Jeffrey L. Kradel
**Special Conditions Imposed:**

☐ Substance Abuse   ☐ Financial Disclosure   ☐ Restitution:
☐ Mental Health     ☐ Fine                   ☐ Community Service
☐ Other:

## PETITIONING THE COURT

☐ To issue a warrant under seal
☐ To issue a summons
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on February 2, 2024.

I allege Karissa Jean Mason has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4. | Using methamphetamine, in violation of a special condition of supervised release, on or about the following dates:<br>• February 8, 2024<br>• March 11, 2024 |
| 5. | Using fentanyl, in violation of a special condition of supervised release, on or about the following dates:<br>• February 8, 2024<br>• March 11, 2024 |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
  ☐ risk of flight.
  ☐ danger to community.

| | |
|---|---|
| The Honorable Ricardo S. Martinez, United States District Judge | Page 2 |
| Supplemental Violation | March 25, 2024 |

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 25th day of March, 2024.

BY:

_____
Christina Lacy
Senior United States Probation Officer

_____
Jennifer Van Flandern
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
  (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
  (conditions of supervision shall remain in effect pending final adjudication)
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court
☐ Other

_____
Signature of Judicial Officer
March 25, 2024
_____
Date